# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
|||||||||||||||||||||||||||||||||||
        20181108-130
```

Jonathan Raburn
McCarty and Raburn
PO Box 1448
Cedar Hill, TX 75106

United States Courts
Southern District of Texas
F I L E D

MAY 06 2019

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Thursday, November 8, 2018
Case Number: 3:17-cv-00237
Document Number: 100 (1 page)
Notice Number: 20181108-130
Notice: The attached order has been entered.

---

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.47⁰
02 1W
0001374615 NOV. 09 2018

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

MAY 06 2019

David J. Bradley, Clerk of Court

NIXIE        735  DE  1         5005/02/19

        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 77208101010        *1233-02402-06-45

UFWD