UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AMANDA CLEMENTS; KATHERINE ANGUS; RANDALL LESLIE; CLINTON PERRY; EDUARDO LUCIO; STEVEN LOSS; MELISSA FIKES; and DALE CARMAN; individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>VS.<br><br>TRANS UNION, LLC; TXU ENERGY RETAIL CO., LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.; and JOHN DOES 1-25<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:17-CV-00237 |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On January 8, 2019, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 119. Pending before Judge Edison was Defendants' Joint Motion for Summary Judgment and Motion to Dismiss Pursuant to Rule 12(b)(1). Dkt. 133. On April 30, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 150) recommending that Defendants' Joint Motion for Summary Judgment and Motion to Dismiss Pursuant to Rule 12(b)(1) be GRANTED.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 150) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendants' Joint Motion for Summary Judgment and Motion to Dismiss Pursuant to Rule 12(b)(1) (Dkt. 133) is **GRANTED**; and

(3) Plaintiff's Motion to Certify Class (Dkt. 104) is **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 17th day of May, 2019.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge