United States District Court
Southern District of Texas
**ENTERED**
May 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| AMANDA CLEMENTS; KATHERINE ANGUS; RANDALL LESLIE; CLINTON PERRY; EDUARDO LUCIO; STEVEN LOSS; MELISSA FIKES; and DALE CARMAN; individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>TRANS UNION, LLC; TXU ENERGY RETAIL CO., LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.; and JOHN DOES 1-25<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 3:17-CV-00237<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate's Memorandum and Recommendation, it is **ORDERED** that this matter is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide copies of this judgment to the parties.

SIGNED at Galveston, Texas, this 20th day of May, 2019.

George C. Hanks Jr.
United States District Judge